_____



SO ORDERED,

*Neil P. Olack*

Judge Neil P. Olack
United States Bankruptcy Judge
Date Signed: March 20, 2017

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                            CHAPTER 13 NO.:

RANDAL R. HENSON and
MELISSA HENSON                                               15-13635-NPO

## ORDER GRANTING MOTION TO DISMISS (Dkt. #49)

THIS MATTER came before the Court on March 16, 2017, Trustee's *Motion to Dismiss* (Dkt. #49) and the Debtors' thereto (Dtk. #50) after considering testimony given by the Debtor and arguments of counsel, the Court here by finds and orders as follows:

1. Given that the prior Motion to Dismiss was resolved in October 2016 by an *Agreed Order Denying Motion to Dismiss (Dkt. #43)* and defaults in making plan payments thereafter, it is clear that the Debtors are unable to make the plan payments.

2. Based on Debtors testimony on March 16, 2017, and argument presented by their counsel, Debtors case is no longer feasible and shall be dismissed.

IT IS THEREFORE ORDERDED that this case shall be and is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com